UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFFILIATED FM INSURANCE COMPANY, a
Rhode Island corporation, subrogee of St. John
Health,

Case No.: 04-60167

HON. MARIANNE O. BATTANI

    Plaintiff,

v

ROCHELLE ROBINSON, REGINALD
ROBINSON d/b/a MEDICAL SUPPORT
TRANSPORTATION SERVICES, and
KENNETH WITHERSPOON,

    Defendants.
_____/

## CONSENT JUDGMENT IN FAVOR OF AFFILIATED FM INSURANCE COMPANY AND AGAINST ROCHELLE ROBINSON

At a session of said Court held in the Courthouse
of the United States District Court for Eastern District of Michigan,
located in Detroit, Michigan on <u>May 10, 2006</u>

PRESENT: HONORABLE <u>Marianne O. Battani</u>
            U.S. District Court Judge

This matter having come before the Court upon the stipulation of Plaintiff Affiliated FM Insurance Company and Defendant Rochelle Robinson, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that judgment is entered in favor of Affiliated FM Insurance Company, a Rhode Island corporation, subrogee of St. John Health ("Affiliated") against Rochelle Robinson, an individual ("Robinson") in the total sum of Two Hundred Eighteen Thousand Four

Hundred Six and 23/100 ($218,406.23), less any amounts paid by the other defendants in this matter ("Total Judgment").

IT IS HEREBY FURTHER ORDERED that payment of the Total Judgment shall be made by Robinson in installment payments as follows:

(a) The sum of Six Hundred Sixty Six and 67/100 ($666.67) Dollars shall be paid in consecutive monthly payments for a total of eighteen (18) months, due on the 1st day of each month beginning June 1, 2006 until November 1, 2007, at which time Twelve Thousand and 06/100 ($12,000.06) Dollars shall have been paid by Robinson to Affiliated ("Agreed Payment Amount").

(b) Upon Robinson's full payment of the Agreed Payment Amount as stated in this Judgment and in full compliance with the terms of this Judgment, Robinson shall be deemed to have satisfied the Total Judgment in full. However, upon default by Robinson of her obligations herein, the Judgment shall be accelerated for the full amount of the Total Judgment ($218,406.23) plus interest, less any amounts paid by the other defendants in this matter, and less payments made by Robinson up to the date of default. For the purposes of this Judgment, a default shall mean the failure to make any installment payment when due under the terms of this Judgment, provided that the default continues for a period of five (5) days after written notice to Robinson. Robinson shall notify Affiliated immediately of any change in her address.

(c) Robinson may prepay in whole or in part its obligation under this Judgment at any time, without penalty.

    (d)    Robinson acknowledges and agrees that she has freely and voluntarily entered into this Consent Judgment and that she has not been coerced in any way to enter into this Consent Judgment. Robinson further acknowledges and agrees that she has been advised to seek legal counsel, but has decided not to have an attorney assist her in this matter.

IT IS FURTHER ORDERED that this Judgment constitutes a final judgment in this matter and disposes of all claims and defenses against Rochelle Robinson in this case and this judgment is nonappealable pursuant to the stipulation of Affiliated and Robinson.

**IT IS SO ORDERED.**

                                      s/Marianne O. Battani
                                      HONORABLE MARIANNE O. BATTANI

We hereby consent to the entry of this Judgment:

By: /s/ Jean H. Kim
James R. Case (P31483)
Jean H. Kim (P66234)
Kerr, Russell and Weber, PLC
Attorneys for Plaintiff
500 Woodward Ave., Ste. 2500
Detroit, MI 48226
(313) 961-0200


/s/ Rochelle Robinson
Rochelle Robinson, Defendant
5965 Wayburn
Detroit, MI 48224

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

AFFILIATED FM INSURANCE COMPANY, a
Rhode Island corporation, subrogee of St. John
Health,

                 Plaintiff,

v

ROCHELLE ROBINSON, REGINALD
ROBINSON d/b/a MEDICAL SUPPORT
TRANSPORTATION SERVICES, and
KENNETH WITHERSPOON,

                 Defendants.
_____/

Case No.: 04-60167
HON. MARIANNE O. BATTANI

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 4, 2006, I electronically filed the Consent Judgment in Favor of Affiliated FM Insurance Company and Against Rochelle Robinson with the Clerk of the Court using the ECF system. I further certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

| | |
|---|---|
| Jimmie E. Washington, Esq. | Terrell Thomas, Esq. |
| 615 Griswold St., Ste. 520 | 9136 Isham |
| Detroit, MI 48226 | Detroit, MI 48226 |
| | |
| Kenneth N. Hylton, Sr., Esq. | Rochelle Robinson and Reginald Robinson |
| 615 Griswold, Ste. 315 | Individually at: 5965 Wayburn |
| Detroit, MI 48226 | Detroit, MI 48224 |

Dated: May 4, 2006                    Respectfully submitted,

**KERR, RUSSELL AND WEBER, PLC**

By: s/ Jean H. Kim
    James R. Case (P31483)
    Jean H. Kim (P66234)
    500 Woodward Avenue, Suite 2500
    Detroit, Michigan  48226
    (313) 961-0200 / (313) 961-0388 (facsimile)
    jhk @krwlaw.com
    Attorneys for Plaintiff Affiliated FM Insurance Company